```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
RYAN ORTON,                   :
                              :
         Petitioner,          :   Civ. No. 22-3387 (NLH)
                              :
     v.                       :   MEMORANDUM OPINION & ORDER
                              :
                              :
WARDEN STEVIE KNIGHT,         :
                              :
         Respondent.          :
_____:
```

APPEARANCE:

Ryan Orton
07478-036
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Philip R. Sellinger, United States Attorney
John T. Stinson, Jr., Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
Camden, NJ 08101

    Attorneys for Respondent


HILLMAN, District Judge

    WHEREAS, Petitioner Ryan Orton filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Respondent requests an additional 30 days to submit its answer, ECF No. 8.  The Court will grant the request in the interests of justice,

THEREFORE, IT IS on this __21st__ day of __July__, 2022

ORDERED that Respondent's motion for an extension, ECF No. 8, be, and hereby is, granted.  The answer is due August 31, 2022; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.


At Camden, New Jersey                      _s/ Noel L. Hillman_
                                           NOEL L. HILLMAN, U.S.D.J.