```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
_____
                              :
RYAN ORTON,                   :
                              :
         Petitioner,          :   Civ. No. 22-3387 (NLH)
                              :
    v.                        :   MEMORANDUM OPINION & ORDER
                              :
                              :
WARDEN STEVIE KNIGHT,         :
                              :
         Respondent.          :
_____:
```

APPEARANCE:

Ryan Orton
07478-036
Allenwood Medium
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 2000
White Deer, PA 17887

    *Petitioner Pro se*

Philip R. Sellinger, United States Attorney
John T. Stinson, Jr., Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street, 4th Floor
Camden, NJ 08101

    *Attorneys for Respondent*

HILLMAN, District Judge

    WHEREAS, Petitioner Ryan Orton filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, Respondent filed an answer on August 31, 2022, ECF No. 10; and

WHEREAS, on May 11, 2023, Petitioner filed a motion requesting an "enlargement of time to properly reply to Respondent's response document:10 until 30 day's after this Court orders service of document:10 to Orton so he can reply to it."  ECF No. 12 (emphasis in original); and

WHEREAS, the Court interprets this motion as Petitioner claiming that he never received a copy of Respondent's answer. To that end, the Court will direct Respondent to resend its answer to Petitioner within 7 days of this order.  Respondent will be directed to file a certificate of service on the docket; and

WEHREAS, Petitioner may file a response within 45 days of this Order,

THEREFORE, IT IS on this   6th   day of   June  , 2023

ORDERED that Petitioner's motion for an extension, ECF No. 12, be, and hereby is, GRANTED; and it is further

ORDERED that within 7 days of this order Respondent shall resend its answer to Petitioner and file a certificate of service on the docket; and it is further

ORDERED that Petitioner may file a response within 45 days of this Order; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.